UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                 §
                                       §
RAMIREZ, STAN M                        §         Case No. 12-23800
RAMIREZ, CHRISTINE M                   §
                                       §
                                       §
          Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/24/2013 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2013              By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RAMIREZ, STAN M § Case No. 12-23800
RAMIREZ, CHRISTINE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 13,015.00 |
| and approved disbursements of | $ 48.02 |
| leaving a balance on hand of[1] | $ 12,966.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,051.50 | $ 0.00 | $ 2,051.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,051.50 |
| Remaining Balance | | | $ 10,915.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,079.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 15,695.77 | $ 0.00 | $ 6,101.42 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,601.96 | $ 0.00 | $ 622.73 |
| 000003 | Quantum3 Group LLC as agent for | $ 531.39 | $ 0.00 | $ 206.57 |
| 000004 | Capital One, N.A. | $ 1,945.41 | $ 0.00 | $ 756.24 |
| 000005 | Portfolio Recovery Associates, LLC | $ 8,305.30 | $ 0.00 | $ 3,228.52 |

Total to be paid to timely general unsecured creditors  $ 10,915.48

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/Andrew J. Maxwell
                     Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 12-23800-JBS
Stan M Ramirez                                                    Chapter 7
Christine M Ramirez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2            Date Rcvd: Sep 10, 2013
                              Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2013.
db/jdb     +Stan M Ramirez,   Christine M Ramirez,   960 South River Road,   Apt 403,
             Des Plaines, IL 60016-6757
19026866    American Express,   PO Box 981537,   El Paso, TX  79998-1537
19026867    BAC Home Loans,   450 American Street,   Simi Valley, CA  93065-6285
19539231   +Bank of America, N.A., successor by merger to BAC,   C/O,   Pierce & Associates,
             1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
19026868    Bank of America, NA,   PO Box 660807,   Dallas, TX  75266-0807
20584516    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
19026869    Capital One Bank, NA,   PO Box 6492,   Carol Stream, IL  60197-6492
20826815    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19026870   +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
19026871   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,
             Cincinnati, OH  45263-0001)
19026872    HSBC,   PO Box 17298,   Baltimore, MD  21297-1298
19026875   +Jeff Whitehead,   211 W Wacker Drive,   Suite 750,   Chicago, IL 60606-1353
19026877   +Macy's,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
19026878   +Michael D Fine,   131 S Dearborn,   Floor 5,   Chicago, IL 60603-5571
20877509   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   US Bank National Association ND,
             (US Bank),   POB 41067,   Norfolk, VA 23541)
19026882   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   PO Box 790179,   Saint Louis, MO  63179-0179)
19026881   +United States Attorney,   219 South Dearborn Street,   Chicago, IL 60604-1708
19026883    Victoria's Secret,   PO Box 182273,   Columbus, OH  43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19026874    E-mail/Text: cio.bncmail@irs.gov Sep 11 2013 01:55:08     Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA  19101-7346
19026873   +E-mail/Text: cio.bncmail@irs.gov Sep 11 2013 01:55:08     Internal Revenue Service,
             2001 Butterfield Road,   Downers Grove, IL 60515-1058
19026876   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 11 2013 01:59:39     Kohl's,   PO Box 3115,
             Milwaukee, WI 53201-3115
20609136    E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2013 02:11:09
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19026880*  +Christine M Ramirez,   960 South River Road,   Apt 403,   Des Plaines, IL 60016-6757
19026879*  +Stan M Ramirez,   960 South River Road,   Apt 403,   Des Plaines, IL 60016-6757
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com

```
District/off: 0752-1          User: acox              Page 2 of 2              Date Rcvd: Sep 10, 2013
                              Form ID: pdf006         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Andrew J Nelson   on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP anelson@atty-pierce.com, northerndistrict@atty-pierce.com

        Christopher M Brown   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com

        Jeff A Whitehead   on behalf of Debtor Stan M Ramirez jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com

        Jeff A Whitehead   on behalf of Joint Debtor Christine M Ramirez jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 6