UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
RAMIREZ, STAN M                               §     Case No. 12-23800
RAMIREZ, CHRISTINE M                          §
                                              §
         Debtor(s)                            §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 BAC Home Loans 450 American Street Simi Valley CA 93065-6285 |  |  |  |  |  |
|  | Creditor # : 2 Fifth Third Bank 38 Fountain Square Plaza Cincinnati OH 45263-0001 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Express PO Box 981537 El Paso TX 79998-1537 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # :10 HSBC PO Box 17298 Baltimore MD 21297-1298 |  |  |  |  |  |
|  | Creditor # :11 Kohl's PO Box 3115 Milwaukee WI 53201 |  |  |  |  |  |
|  | Creditor # :12 Macy's Bankruptcy Processing PO Box 8053 Mason OH 45040 |  |  |  |  |  |
|  | Creditor # :13 US Bank PO Box 790179 Saint Louis MO 63179-0179 |  |  |  |  |  |
|  | Creditor # :14 Victoria's Secret PO Box 182273 Columbus OH 43218-2273 |  |  |  |  |  |
|  | Creditor # :2 Bank of America, NA PO Box 660807 Dallas TX 75266-0807 |  |  |  |  |  |
|  | Creditor # :3 Capital One Bank, NA PO Box 6492 Carol Stream IL 60197-6492 |  |  |  |  |  |
|  | Creditor # :4 Capital One Bank, NA PO Box 6492 Carol Stream IL 60197-6492 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :5 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :6 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :7 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :8 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :9 HSBC PO Box 17298 Baltimore MD 21297-1298 | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-23800 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | RAMIREZ, STAN M | | | Date Filed (f) or Converted (c): | 06/12/12 (f) |
| | RAMIREZ, CHRISTINE M | | | 341(a) Meeting Date: | 08/14/12 |
| For Period Ending: | 10/31/13 | | | Claims Bar Date: | 08/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence (condo) at 960 S River Rd, Apt 403, Des | 121,700.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account at PNC Bank Location: In bank's p | 400.00 | 0.00 | | 0.00 | FA |
| 4. Basic Used Household Furnishings Location: In debt | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Basic Used Wearing Apparel Location: In debtor's p | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry Location: In debtor's possession | 150.00 | 0.00 | | 0.00 | FA |
| 7. 403(b) Location: In debtor's possession | 38,000.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Claim - State Farm. Lost wedding ring. | 0.00 | 0.00 | | 13,015.00 | FA |
| 9. Tax Refund. Year 2011 Location: In debtor's posse | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Honda CRV in poor condition with 100,000 mile | 600.00 | 0.00 | | 0.00 | FA |
| 11. 2004 BMW 325 CI in fair condition with 40,000 mile | 4,300.00 | 100.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $169,750.00        $100.00                $13,015.00        Gross Value of Remaining Assets
                                                                                                    $0.00
                                                                                                    (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

non-exempt insurance proceeds received into estate 2013

TFR in progress to submit after POC bar date passes

Investigating insurance claim for lost jewelry

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-23800 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RAMIREZ, STAN M | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, CHRISTINE M | Account Number / CD #: | *******8504 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9931 | | |
| For Period Ending: | 10/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/13 | 8 | STAN AND CHRISTINE RAMIREZ 960 S. RIVER RD DES PLAINES, IL 60016-6767 | RCPTS - LIQUID. OF PERSONAL PROP. | 1110-000 | 13,015.00 | | 13,015.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,005.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.71 | 12,986.29 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 12,966.98 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.28 | 12,947.70 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.63 | 12,929.07 |
| 10/28/13 | 010001 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 2,051.50 | 10,877.57 |
| 10/28/13 | 010002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Final Payment (Claim # , Payment %) | 7100-000 | | 6,080.23 | 4,797.34 |
| 10/28/13 | 010003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Final Payment (Claim # , Payment %) | 7100-000 | | 620.57 | 4,176.77 |
| 10/28/13 | 010004 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Final Payment (Claim # , Payment %) | 7100-000 | | 205.85 | 3,970.92 |
| 10/28/13 | 010005 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final Payment (Claim # , Payment %) | 7100-000 | | 753.61 | 3,217.31 |

Page Subtotals  13,015.00  9,797.69

Ver: 17.04a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-23800 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RAMIREZ, STAN M | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, CHRISTINE M | | Account Number / CD #: | *******8504 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9931 | | | |
| For Period Ending: | 10/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/13 | 010006 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOCIATIO POB 41067 Norfolk VA 23541 | Final Payment (Claim # , Payment %) | 7100-000 | | 3,217.31 | 0.00 |

|  |  | |  |
|---|---|---|---|
| COLUMN TOTALS | | 13,015.00 | 13,015.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 13,015.00 | 13,015.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 13,015.00 | 13,015.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8504 | 13,015.00 | 13,015.00 | 0.00 |
| | 13,015.00 | 13,015.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     3,217.31

Ver: 17.04a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*